

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:16cr49 HTW-FKB

GUY E. "BUTCH" EVANS

18 USC § 1349
18 USC § 666(a)(2)

**The Grand Jury charges:**

At all times relevant to this indictment:

1. The Mississippi Department of Corrections (MDOC) was a state government agency as that term is defined in Section 666(d), Title 18, United States Code, and which received benefits in excess of $10,000 annually between 2007 and 2014 under Federal programs providing Federal assistance to MDOC.

2. CHRISTOPHER B. EPPS was the commissioner of the MDOC.

3. At all times relevant to the indictment, the defendant, **GUY E. "BUTCH" EVANS**, was a licensed insurance sales agent and the owner of Insurance Premium Services, LLC, an insurance company licensed to do business in Mississippi.

4. CHRISTOPHER B. EPPS through official action made the defendant Broker of Record for MDOC in September of 2012. As Broker of Record for MDOC, **GUY E. "BUTCH" EVANS** had exclusive access to sell insurance policies and products to MDOC employees. After becoming Broker of Record, the defendant sold insurance policies and products, to include Colonial Life and Accident Insurance Company, AlwaysCare, and Humana, to MDOC employees and received a commission from these companies for policies sold.

COUNT 1

5. The allegations contained in paragraphs one through four of this indictment are

realleged and incorporated herein by reference as though fully set forth herein.

6. From in or about 2012, and continuing until at least May 31, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **GUY E. "BUTCH" EVANS**, did knowingly and intentionally combine, conspire, confederate, and agree with CHRISTOPHER B. EPPS, to commit one or more of the following offenses: to devise and intend to devise a scheme and artifice to defraud the Mississippi Department of Corrections and the State of Mississippi and its citizens of their intangible right to CHRISTOPHER B. EPPS's honest services, through bribes and kickbacks, by use of interstate wire transmissions, in violation of Sections 1343 and 1346, Title 18, United States Code.

7. It was the object of the conspiracy that defendant **GUY E. "BUTCH" EVANS** would bribe or provide kickbacks to CHRISTOPHER B. EPPS, in exchange for favorable official action as requested, and for **EVANS** to enrich himself, such as, the awarding of the position of Broker of Record to **EVANS** for the exclusive right to sell insurance to MDOC employees;

8. In furtherance of the conspiracy and to carry out its objectives, the following acts, among others, were committed:

9. Beginning in January 2013, the defendant, **GUY E. "BUTCH" EVANS**, began regularly providing CHRISTOPHER B. EPPS with cash payments in varying amounts, generally $1,400.00 to $1,700.00 per payment, in exchange for CHRISTOPHER B. EPPS as commissioner of MDOC naming **EVANS** Broker of Record and financially benefited **EVANS** and his company, Insurance Premium Services, LLC.

10. On or about April 30, 2014, for the purpose of executing the above-described scheme and artifice to defraud and deprive, the defendant, **GUY E. "BUTCH" EVANS**,

transmitted and caused to be transmitted by means of wire communication in interstate commerce, the following writings, signals, and sounds: to wit, a wire transfer from Colonial Life and Accident Insurance Company to First Commercial Bank account number xxxxxxxxx-xxx1557 in the amount of $2,906.36.

11. On or about May 7, 2014, for the purpose of executing the above-described scheme and artifice to defraud and deprive, the defendant, **GUY E. "BUTCH" EVANS**, transmitted and caused to be transmitted by means of wire communication in interstate commerce, the following writings, signals, and sounds: to wit, a wire transfer from Colonial Life and Accident Insurance Company to First Commercial Bank account number xxxxxxxxx-xxx1557 in the amount of $520.62.

12. On or about May 27, 2014, the defendant, **GUY E. "BUTCH" EVANS**, paid a cash bribe to CHRISTOPHER B. EPPS of approximately $1,900.00 which **EVANS** had obtained through the commission received from Colonial Life and Accident Insurance Company for providing insurance services to MDOC employees.

13. On or about May 29, 2014, for the purpose of executing the above-described scheme and artifice to defraud and deprive, the defendant, **GUY E. "BUTCH" EVANS**, transmitted and caused to be transmitted by means of wire communication in interstate commerce, the following writings, signals, and sounds: to wit, a wire transfer from Colonial Life and Accident Insurance Company to First Commercial Bank account number xxxxxxxxx-xxx1557 in the amount of $2,913.40

14. That from in or about January 2013, until in or about May, 2014, the defendant, **GUY E. "BUTCH" EVANS**, was paid approximately $4,300.00 per month by Colonial, $1,400.00 to $1,700.00 of which **EVANS** paid to CHRISTOPHER B. EPPS each month.

15. The defendant took steps to hide, conceal, and cover up his activity and the nature and scope of his dealings with CHRISTOPHER B. EPPS including meeting in the parking lot of MDOC headquarters or a restaurant to give the bribe in a white envelope.

All in violation of Sections 1349 and 2, Title 18, United States Code.

### COUNT 2

16. The allegations contained in paragraphs one through fifteen of this indictment are realleged and incorporated herein by reference as though fully set forth herein.

17. That from in or about January, 2013, until in or about May, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **GUY E. "BUTCH" EVANS**, did knowingly and corruptly give, offer, and agree to give something of value to CHRISTOPHER B. EPPS, with intent to influence or reward CHRISTOPHER B. EPPS in connection with the business, transaction, or series of transactions of MDOC, involving something of value of $5,000.00 or more, that is, the defendant, **GUY E. "BUTCH" EVANS**, was paid a commission of approximately $4,300.00 per month by Colonial Life and Accident Insurance Company, $1,400.00 to $1,700.00 of which **EVANS** paid to CHRISTOPHER B. EPPS each month in return for EPPS making **EVANS** Broker of Record with MDOC.

All in violation of Sections 666(a)(2), and 2 Title 18, United States Code.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result

of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 981(a)(1)(A) & (C), Title 18, United States Code and Section 2461, Title 28, United States Code.

_____
HAROLD BRITTAIN
, Acting United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _13th_ day of _July_, 2016.

_____
UNITED STATES DISTRICT JUDGE