UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                              CAUSE NO: 3: 16cr49 HTW-FKB

GUY E. "BUTCH" EVANS

### AGREED ORDER GRANTING MOTION FOR CONTINUANCE

This matter having come before the Court on the Motion for Continuance, made by Defendant and the Court having considered the Motion, and being advised that the defendant waives his right to a speedy trial, for the period covered by this Order finds that the Motion is meritorious, and further finds that the ends of justice would be best be served by granted the requested continuance insofar as the defendant's and public's interest in a speedy and public trial is concerned, and further finds that the failure to grant such continuance would result in a miscarriage of justice and finds that the United States has agreed to this Motion.

The Court therefore finds that the motion of the Defendant, named above should be, and hereby is granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the ends of justice are best served by granting the motion for continuance of the Cause, that the Court specifically finds that the granting of such continuance outweighs the best interest of the public and the defendants in a speedy trial, and that the failure to grant such continuance would likely make the continuation of such proceedings impossible and would result in a miscarriage of justice. The trial date of June 12, 2017, is continued.

IT IS FURTHER ORDER AND ADJUDGED, that trial of this cause shall be continued until the next trial calendar on January 8, 2018, with all attendant deadlines to be extended by

separate order of the court.

SO ORDERED, this the 16th day of October, 2017.

                                                  __s/ HENRY T. WINGATE_____
                                                  Henry T. Wingate, United States District Judge

AGREED TO:
S/ Mary Helen Wall_____
Mary Helen Wall
Assistant United States Attorney

s/ Amanda Barbour_____
Amanda Barbour
Counsel for Guy E. "Butch" Evans